# EXHIBIT B

    

# Analytical Results Sheet

| | | | | |
|---|---|---|---|---|
| Customer: | Gabrielli Levitt LLP | | Report Number: | CDXA-ARS-35942-00 |
| Address (City, State): | Bronx, NY | | Project Number: | ORD94682 |
| Sample Name: | NOW St. John's Wort | | | |
| Sample Lot: | 2111164 | | Date Received: | 27-Mar-17 |
| CDXA Number: | CDXA-17-004093 | | Purchase Order: | Not Provided |
| Assay: | St. John's Wort for Hypericins by HPLC | | Date of Report: | 18-Apr-17 |
| Part Number: | CDA-00018505-ARS | | Page: | 1 of 1 |
| Method: | ALC140A | | Test Location: | Sub41 |

| Analyte | Units | Spec. | Result | Reporting Limit |
|---|---|---|---|---|
| Hypericin | mg/serving | 0.9 | 0.181 | -- |

Serving Size: 1 caplet
Average Caplet Weight      g      0.54055

QA Verified/Approved: **Adriana Torres** Digitally signed by Adriana Torres, DN: cn=Adriana Torres, o=ChromaDex Inc., ou=Quality Assurance, email=AdrianaT@ChromaDex.com, c=US  Date: 2017.04.18 14:59:07 -06'00'

*Signed original on file at CDXA*

This product analysis is subject to our "Standard Terms and Conditions for the Purchase and Sale of ChromaDex Products and or Services," a copy of which has been provided to our client and is incorporated herein by this reference. As more specifically set forth therein, this product analysis is for the benefit of our client only, may not be relied upon by any other party without our prior written consent, relates solely to the sample(s) provided to us by our client and therefore cannot be applied to any other material or sample. Unless otherwise noted, samples were received in acceptable condition and analyzed as received. This document may not be printed in part without the explicit permission of ChromaDex.

ND – Not Detected      BRL – Below reporting limit (compound detected below RL)

10005 Muirlands Blvd., Suite G, Irvine, CA 92618 | T: +1 949-419-0288 | F: +1 949-419-0294 | www.chromadex.com