UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

Stefania Daidone Maniaci, *on behalf of herself and others similarly situated,*

                Plaintiffs,

v.

NOW Health Group, Inc.,

                Defendant.
----------------------------------------------------------- X

ORDER

Case No. 2:17-cv-02991-JS-AYS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff Stefania Daidone Maniaci hereby gives notice that the above-captioned action is voluntarily dismissed against Defendant with prejudice.

Dated: New York, New York
         July 11, 2017

GABRIELLI LEVITT LLP

By: /s/ Michael J. Gabrielli

    Michael J. Gabrielli
    2426 Eastchester Road, Suite 103
    Bronx, New York 10469
    Telephone: (718) 708-5322
    Facsimile:  (718) 708-5966
    Email: michael@gabriellilaw.com

*Attorneys for Plaintiff*

The Clerk of the Court is directed to mark the case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: July 17, 2017
Central Islip, NY